

**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND  21201**

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

June 8, 2016

ALL COUNSEL OF RECORD

    Re: Nero v. Mosby, MJG-16-1288

Dear Counsel:

    This is to confirm that I hereby set the date for Defendants to respond to the Complaint to August 5, 2016.

    Although in letter form, this document constitutes an Order and shall be docketed as such by the Clerk.

                              Yours truly,

                              _____/s/_____
                              Marvin J. Garbis
                      United States District Judge

CC: Clerk