

300 E. Lombard Street > Suite 815
Baltimore, Maryland 21202
TEL 410.727.7887 > FAX 410.727.4770

www.MallonandMcCool.com

March 27, 2017

**VIA CM/ECF and EMAIL (MDD_JMCChambers@mdd.uscourts.gov)**

The Honorable J. Mark Coulson
Magistrate Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>Nero, et al v. Mosby, et al.</u>; Case No.: 1:16-cv-01288-MJG

Dear Judge Coulson:

    This letter is being submitted on behalf of all of the Plaintiffs in this consolidated case.

    Your Honor's February 3, 2017 Order (Dkt. 56) instructed the Parties to submit a "joint discovery plan that will be submitted to me for approval." On February 10, 2017, the Parties filed a proposed Discovery Plan for consideration by the Court. (Dkt. 68). The proposed Discovery Plan contemplated a "Phase I – Paper Discovery" under which the "Parties have 90 days from the date this Plan is approved by the Court to exchange interrogatories, request for production of documents, and answers thereto." (Dkt. 68 at 2).

    On February 6, 2017, Defendant Marilyn Mosby filed a Motion for Immediate Stay Pending Appeal (Dkt. 60). Defendant Mosby's motion to stay was denied by the Honorable Marvin J. Garbis on March 20, 2017. (Dkt. 82).

    In light of Judge Garbis' order denying the motion to stay, the Plaintiffs believe that consideration of the February 10, 2017 proposed Discovery Plan is appropriate.

    Thank you for your consideration of this letter.

                Sincerely,

                /s/

                Joseph T. Mallon, Jr.

cc: All Counsel of Record.